# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR A VEHICLE SEARCH WARRANT

I, Rodolfo T. Rodriguez, being first duly sworn, hereby depose and state as follows:

### I. INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI).  I have been employed with HSI since October of 2019.  Prior to my employment with HSI, I was a Border Patrol Agent from 2006-2019.  During my tenure as a Border Patrol Agent, I held various operational and leadership positions to include Supervisory Border Patrol Agent (SBPA), Operations Officer (OPO), and Acting Deputy Director (ADD).  As a SBPA, I served as a Task Force Officer with the Federal Bureau of Investigations and the Joint Task Force West, South Texas Corridor Area Team, where I was tasked as the co case and case agent for an Organized Crime and Drug Enforcement Task Force (OCDETF) that successfully investigated, targeted, and prosecuted high ranking cartel leadership.  As an OPO and ADD, I was assigned to the United States Border Patrol Headquarters- Northern Border Coordination Center, where I guided and directed the collection, analysis and dissemination of intelligence, targeting criminal networks that violated human smuggling and drug laws of the United States.  I have completed training at the Federal Law Enforcement Training Center (FLETC) and have received additional training relating to the investigation of human smuggling and Title 21 drug violations.

2.     As a Special Agent for HSI, I am responsible for investigating alleged violations of Title 8, 18, 19, 21, 22 and 31 of the United States Code.  My responsibilities include investigating illicit cross-border smuggling operations.  In the course of my employment, among other things, I have: (a) conducted surveillance of persons suspected of smuggling illicit contraband; (b) interviewed witnesses and suspects in drug smuggling cases; (c) served as a case agent; and (d) analyzed digital forensic data to investigate leads.  I have consulted with other experienced investigators concerning the practices of drug and human smugglers and the best methods of investigating them.

3.     The facts in this Affidavit come from my personal analysis of the evidence collected, my training and experience, and information obtained from other agents and witnesses.

This Affidavit is intended to exhibit probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my background, training and experience, I am aware that individuals who are involved in the smuggling and transportation of humans use vehicles to conduct and facilitate smuggling activities. Among other things, these individuals use vehicles to conceal and transport humans for profit. In addition, smugglers will often use their vehicles to travel meeting locations and houses where arrangements are made and/or humans are kept ("stash houses").

5. The statements contained in this Affidavit are based in part on observations and encounters by other law enforcement officers either directly or indirectly through their respective reports or affidavits as well as information obtained via the interview of the smuggled person and the principal smuggler and the analysis of audio and video recordings.

## II.  PURPOSE OF AFFIDAVIT

6. This affidavit is written in support of an application to retrieve evidence of violations of Title 8 United States Code 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324 (a)(1)(B)(iv) -to conspire knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including F. R-G., for the purpose of private financial gain and placing in jeopardy the life of any person causing serious bodily injury, and resulting in death- that may be contained in a black Ford Crown Victoria, Arizona License Plate CKE3687, Vehicle Identification Number 2FAHP71V39X118081 and pictured below:



7.

8. The vehicle has been lawfully seized and is located at the Ajo Border Patrol Station Seizure Lot, 850 North Highway 85, Why, Arizona 85321-9634.

9. The evidence sought through this warrant is data contained in an Electronic Control Unit (ECU). That ECU is installed as an original piece of equipment in the aforementioned vehicle. The ECU may also be referred to as an Airbag Control Module (ACM), a Powertrain Control Module (PCM), Crash Sensor, or Roll Over Sensor (ROS). The ECU contains an Event Data Recorder (EDR) function. This EDR component of the ECU is designed to store information about collisions and speed that the vehicle is involved. The EDR data includes but is not limited to some or all of the following:

    a. Restraint system performance;
    b. Vehicle speed;
    c. Driver action; and
    d. Crash Pulse and/or Velocity Change,

10. The information contained within the ECU can be forensically examined and read with equipment specifically designed to collect such information. That data collection will be conducted by a member of the Tucson Sector Border Patrol Critical Incident Team who is certified through the Institute of Police Technology and Management, University of Florida, as a Bosch Crash Data Retrieval Tool Technician Technician.

11. Your affiant also requests entrance into the vehicle to photographically document the interior of the vehicle and any of its contents. In my training and experience, there may be evidence of alien smuggling activity via notes, paper, indicia of smuggling, including but not limited to hydration and/or food for the undocumented persons in the car. Documentation will be conducted by your affiant or other Law Enforcement Agents.

### III. PROBABLE CAUSE

12. On June 17, 2021, Border Patrol Agents from the Ajo Border Patrol Station observed a Black Ford Crown Victoria at a gas station across the street from the Lukeville Port of Entry. Agents observed the vehicle stop at several gas pumps. The car did not get any fuel at any of the gas pumps. Agents further observed the driver of the vehicle talk on his cell phone. Agents then saw the vehicle travel northbound on Arizona State Route 85.

This road connects to Interstate 8.  Agents notified the Integrated Fixed Tower camera operator of the suspicious activity.

13. The camera operator was able to locate the vehicle and observe the vehicle stop at Mile Marker 79 on State Route 85.  The camera operator observed two subjects enter the vehicle from the brush on the side of the road.

14. Agents in marked Border Patrol vehicles attempted to initiate a vehicle stop, but the black vehicle increased his speed and Agents were not able to catch up due to the high rate of speed of the black Ford Crown Victoria.  Agents did not engage in a pursuit of the vehicle.

15. At approximately mile marker 58 on State Route 85, Agents traveling northbound behind the black Ford Crown Victoria activated their emergency vehicle lights and sirens in an attempt to signal the vehicle to stop.  Agents deployed a vehicle interdiction device in an attempt to stop the vehicle.  Upon approach of the device, the vehicle swerved away from the device.  After the vehicle swerved, Agents observed a big dust cloud.  Agents encountered the vehicle about 50 feet off the west side of State Route 85.  Agents approached the vehicle and noticed three individuals.  All three subjects required advanced medical care.  The three subjects were transported to the Abrazo West Campus Medical Center in Goodyear Arizona.

16. Teresa VAZQUEZ-Hernandez was interviewed at the hospital by your Affiant.

17. VAZQUEZ-Hernandez had made arrangements for her and her husband Felipe ROJAS-Garcia to be smuggled into the United States through a family member.  The couple were instructed to go to Sonoyta, Sonora, Mexico to meet with a smuggler.  VAZQUEZ-Hernandez advises she and ROJAS-Garcia crossed the U.S. Mexico International boundary near Sonoyta Sonora Mexico at approximately 1:00 p.m. with a brush guide who VAZQUEZ-Hernandez described as a young person.

18. VAZQUEZ-Hernandez and ROJAS-Garcia walked north for several hours in the desert.  VAZQUEZ-Hernandez became increasingly worried about ROJAS-Garcia's condition.  ROJAS-Garcia started shaking and talking to himself.  ROJAS-Garcia wouldn't stand by himself anymore.  The brush guide told VAZQUEZ-Hernandez to turn back to Mexico with him.  He didn't believe a car was going to come to pick them up.  VAZQUEZ-Hernandez advised the brush guide that her husband couldn't walk anymore and that they needed to turn

themselves in to get medical attention. VAZQUEZ-Hernandez told the brush guide to stop pushing ROJAS-Garcia to walk. The brush guide told ROJAS-Garcia "Parese! Parese Tio! Que no tiene huevos? O que? Si esas caminandas son de ninos! Pa que se viene si no aguanta?" [Synopsis in English: "Stand up! Stand Up Uncle! You don't have balls or what? You are walking like a child! Why did you come if you couldn't handle it?"]

19. The brush guide advised the vehicle was coming from Phoenix. During the smuggling event, VAZQUEZ-Hernandez observed the brush guide use his cellular phone to further coordinate with other smugglers.

20. A black car arrived. The brush guide yelled to VAZQUEZ-Hernandez and ROJAS-Garcia to get in the vehicle. VAZQUEZ-Hernandez helped ROJAS-Garcia into the car.

21. In the car, VAZQUEZ-Hernandez stated the driver of the car [later identified as Andres Aurelio URIAS-Soto] drove too fast. VAZQUEZ-Hernandez heard a Border Patrol vehicle signal the car with its air horn. URIAS-Soto did not stop. VAZQUEZ-Hernandez told URIAS-Soto that they had been spotted. VAZQUEZ-Hernandez saw the checkpoint up ahead and a white truck parked. VAZQUEZ-Hernandez was afraid they were going to wreck. URIAS-Soto sped up and continued north on State Route 85.

22. URIAS-Soto asked VAZQUEZ-Hernandez if she had fifty or sixty dollars and that he would pay her back later. VAZQUEZ-Hernandez gave him the money. URIAS-Soto lost control of the vehicle and wrecked. VAZQUEZ-Hernandez felt two impacts when the vehicle wrecked.

23. On June 19, 2021 at approximately 5:27 p.m., Felipe ROJAS-Garcia died as a result of his injuries.

24. URIAS-Soto and VAZQUEZ-Hernandez were released from the hospital and transported to the US Border Patrol Tucson Sector Processing Center in Tucson, Arizona pending transport to Core Civic of America detention center in Florence, Arizona.

## IV. CONCLUSION

25. Based on the foregoing, I request that the Court issue the proposed search warrant for the aforementioned black Ford Crown Victoria. Because the vehicle is under control of the U.S. government, the search warrant will be executed day or night.

I sear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted this _____ day of July, 2021.

RODOLFO T RODRIGUEZ
Digitally signed by RODOLFO T RODRIGUEZ
Date: 2021.07.09 12:51:13 -07'00'

Rodolfo T. Rodriguez
Special Agent, HSI

Subscribed and sworn to before me on July **13th**, 2021

Leslie A. Bowman
UNITED STATES MAGISTRATE JUDGE

6

## ATTACHEMENT A
### Property to Be Searched

A. Black Crown Victoria bearing Arizona Plate CKE3687, Vehicle Identification Number 2FAHP71V39X118081 and pictured below:



B. Event Data Recorder (EDR) data located in the Black Crown Victoria bearing Arizona Plate CKE3687, Vehicle Identification Number 2FAHP71V39X118081 Electronic Control Unit (ECU).

## ATTACHEMENT B
### Particular Things to be Seized

A. Data recorded in the EDR

B. Photographic documentation of the interior of the vehicle.